UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN C. SWINDELL

VERSUS

LSU, MULTI-CULTURAL AFFAIRS

CIVIL ACTION

NO. 08-229-JJB-CN

# NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, May 20, 2008.

MAGISTRATE JUDGE CHRISTINE NOLAND

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN C. SWINDELL

VERSUS

LSU, MULTI-CULTURAL AFFAIRS

CIVIL ACTION

NO. 08-229-JJB-CN

## REPORT AND RECOMMENDATION

This matter is before the Court on plaintiff's correspondence of May 6, 2008, wherein he informs the Court that he wishes to "withdraw from the above CIVIL ACTION" due to the cost of pursuing such action. (Dkt. # 5) On that same day, the Court issued an Order directing plaintiff to confirm within 10 days of the date of the Order that he wishes the Court to consider his letter as a motion to dismiss his civil action. (Dkt. # 6).

Considering the attached letter from plaintiff received by the undersigned on May 19, 2008, wherein Mr. Swindell informs the Court that he wishes the Court to consider his letter as a motion to dismiss his civil action, this matter should be dismissed.

## RECOMMENDATION

For the above reasons, it is recommended that plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**.

Signed in chambers in Baton Rouge, Louisiana, May 20, 2008.

MAGISTRATE JUDGE CHRISTINE NOLAND

10755 Hillshire Avenue
Baton Rouge, LA 70810
May 15, 2008

The Honorable Christine Noland
Magistrate Judge
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

**RE: Civil Action NO.08-229-JJB-CN**

Dear Magistrate Judge Noland:

    Pursuant to your correspondence regarding the above action signed in your chambers in Baton Rouge, LA on May 6, 2008, I take this opportunity to indicate that I, Warren C Swindell, wish the Court to consider this letter as a motion to dismiss my civil action.

                                      Yours truly,

                                      Warren C Swindell

Warren C Swindell
10755 Hillshire Avenue
Baton Rouge, LA 70810

BATON ROUGE
LA 708 2 T
16 MAY 2008 PM



The Honorable Christine Noland
Magistrate Judge
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

7080181717