FILED
U.S. DIST. COURT
____ OF LA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA  2008 JUN 16   P 4: 00

WARREN C. SWINDELL

CIVIL ACTION
BY DEPUTY CLERK

VERSUS

NO. 08-229-JJB-CN

LSU, MULTI-CULTURAL AFFAIRS

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED without prejudice.

Baton Rouge, Louisiana, this 16th day of June, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA